### KUNKLER v. TURNTING.

Saturday,
June 19.

APPEAL from the *Jefferson* Court of Common Pleas.

*Per Curiam.*—Suit upon a note. Judgment for plaintiff.

It is contended the note was not fully and accurately described in the complaint. But the note was filed with the complaint, as a part of it. The objection made is answered by *Ellis* v. *Miller*, 9 Ind. R. 210.

The note is alleged in the complaint to have been made by *Gustavus A. Kunkler*, by the description of *G. A. Kunkler*. The note was given in evidence. Its admission is justified by the cases cited in *Grover et al.* v. *Bruce et al.*, at this term (1).

There was no motion for a new trial.

The judgment is affirmed with 10 per cent. damages and costs.

*S. C. Stevens*, for the appellant.

*H. W. Harrington* and *J. C. Thom*, for the appellee.

(1) The case next following.